United States District Court
Southern District of Texas
**ENTERED**
June 22, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT  SOUTHERN DISTRICT OF TEXAS

| | |
|---|---|
| Jimmy Joseph Newell,  Petitioner,  v.  Lorie Davis,  Director, Texas Department of Criminal Justice, Correctional Institutions Division,  Respondent. | § § § § § § § § § § § | Civil Action H-19-3391 |

# Memorandum and Recommendation

Jimmy Joseph Newell filed a petition for writ of habeas corpus under 28 U.S.C. § 2254, challenging the outcome of a prison disciplinary proceeding. (D.E. 1.) Since that time, documents mailed to Newell have been returned to the court and marked as "discharged." (D.E. 25, D.E. 26.) Counsel for the respondent has confirmed that Newell has been discharged from the Texas Department of Criminal Justice.

While Newell was in "custody" for purposes of 28 U.S.C. § 2254 when he filed his petition, his release renders his petition moot. *Kaltenbach v. Whitley*, 82 F.3d 414 (5th Cir. 1996) (No. 95-31011), 1996 WL 166980 (unpublished). Newell will suffer no collateral consequences by virtue of his disciplinary punishment. Damages are not available in a habeas action, and there is no other relief available. The court therefore recommends that Newell's petition be dismissed as moot.

The parties have fourteen days from service of this Memorandum and Recommendation to file written objections. *See* Rule 8(b) of the Rules Governing Section 2254 Cases; 28 U.S.C. § 636(b)(1)(C); Fed. R. Civ. P. 72. Failure to file timely objections will preclude appellate review of factual findings or legal conclusions,

except for plain error. *Thomas v. Arn*, 474 U.S. 140, 147–49 (1985); *Rodriguez v. Bowen*, 857 F.2d 275, 276–77 (5th Cir. 1988).

Signed at Houston, Texas, on June 22, 2020.

Peter Bray
United States Magistrate Judge