United States District Court
Southern District of Texas
**ENTERED**
July 27, 2020
David J. Bradley, Clerk

| | | |
|---|---|---|
| UNITED STATES DISTRICT COURT | | SOUTHERN DISTRICT OF TEXAS |

Jimmy Joseph Newell, §
    Petitioner, §
§
*versus* §
§ Civil Action H-19-3391
§
Lorie Davis, §
Director, Texas Department of §
Criminal Justice, Correctional §
Institutions Division, §
    Respondent. §

# Order of Adoption

On June 22, 2020, Magistrate Judge Peter Bray filed a memorandum and recommendation (17) recommending that the court dismiss Jimmy Joseph Newell's petition for writ of habeas corpus. No objections were filed. The court adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed July 27, 2020, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge